ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 STEVE CHIAPPETTA
Special Assistant U.S. Attorney
3 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE DISTRICT OF GUAM

9 
UNITED STATES OF AMERICA, ) MAGISTRATE CASE NO. 05-00038
10 )
Plaintiff, ) **INFORMATION**
11 )
) **DRIVING UNDER THE INFLUENCE**
12 ) **OF ALCOHOL (BAC)**
) [16 GCA § 18102(b), and 18 U.S.C. §§ 7(3)
13 ) & 13]
) (Count 1 - Misdemeanor)
14 )
) **DRIVING UNDER THE INFLUENCE**
15 vs. ) **OF ALCOHOL**
) [16 GCA § 18102(a), and 18 U.S.C.
16 ) §§ 7(3) & 13]
) (Count 2 - Misdemeanor)
17 )
) **TRESPASSING**
18 ) [9 GCA § 37.30, and 18 U.S.C. §§ 7(3)
) & 13]
19 ) (Count 3 - Misdemeanor)
ROSE MARIE MENO )
20 a/k/a ROSE FEGURGUR, ) **UNLAWFUL POSSESSION OF**
) **MILITARY I.D.**
21 Defendant. ) [18 U.S.C. § 701]
) (Count 4 - Misdemeanor)
22 

23 THE UNITED STATES ATTORNEY CHARGES:

24 **COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

25 On or about 7 June 2005, in the District of Guam, the defendant, ROSE MARIE MENO

26 a/k/a ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for

27 the use of the United States and under the concurrent jurisdiction thereof, did operate and was in

28 physical control of a motor vehicle while he had .08% or more, by weight, of alcohol in her

blood, in violation of Title 16, Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

### COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 7 June 2005, in the District of Guam, the defendant, ROSE MARIE MENO a/k/a ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of Title 16, Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

### COUNT III - TRESPASSING

On or about 7 June 2005, in the District of Guam, the defendant, ROSE MARIE MENO a/k/a ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did knowingly and unlawfully, without authorization, enter the Old Apra Heights Housing Area, Santa Rita, Guam, which is conspicuously posted and enclosed, all in violation of Title 9, Guam Code Annotated, Section 37.30 (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

//
//
//
//
//
//
//

### COUNT IV- UNLAWFUL POSSESSION OF MILITARY ID

On or about 7 June 2005, in the District of Guam, the defendant, ROSE MARIE MENO a/k/a ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did knowingly and unlawfully, without authorization, possess a Department of Defense identification card that was not issued to her, in violation of Title 18, United States Code, Section 701.

Dated this 10th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney

3

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00038**
Same Defendant ___X___      New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name        _____Rose Marie Meno_____

Allisas Name          _____Rose Fegurgur_____

Address               _____

                      _____Santa Rita, Guam_____

Birth date __XX/XX/1952__ SS# __XXX-XX-1620__ Sex __F__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

SAUSA ___Steve Chiappetta___

Interpreter: __X__ No ____ Yes        List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED AUG 1 0 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __4__    ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA § 18102(b), and 18 U.S.C. §§ 7(3) & 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) | 1 |
| Set 2 | 16 GCA § 18102(a), and 18 U.S.C. §§ 7(3) & 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 2 |
| Set 3 | 16 GCA § 37.30, and 18 U.S.C. §§ 7(3) & 13 | TRESPASSING | 3 |
| Set 4 | 18 U.S.C. § 701 | UNLAWFUL POSSESSION OF MILITARY I.D. | 4 |

Date: __10 Aug 05__     Signature of SAUSA: _____