LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00038 |
| Plaintiff, ) | **UNITED STATES' APPLICATION FOR A SUMMONS** |
| vs. ) | |
| ROSE MARIE MENO ) a/k/a ROSE FEGURGUR, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Steve Chiappetta, and moves this Honorable Court to issue a Summons for the above-named defendant, on the grounds that the United States has this day filed an Information against said defendant, charging her with misdemeanor crimes involving driving under the influence of alcohol, in violation of Title 16, Guam Code Annotated, Sections 18102(b) & 18102(a), and Title 18, United States Code, Sections 7(3) & 13; trespassing, in violation of Title 9, Guam Code Annotated, Section 37.30, and Title 18, United States Code, Sections 7(3) & 13;

//

//

and unlawful possession of a military I.D., in violation of Title 18, United States Code, Section 701. The United States has probable cause to believe that the above-named defendant has committed the crimes charged in said Information

RESPECTFULLY SUBMITTED this __10th__ day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney

2