RMeno.Ord

# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 1 1 2005

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

**05-00038**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
|  | ) |  |
| Plaintiff, | ) | **ORDER** |
|  | ) | **RE: UNITED STATES' APPLICATION** |
| vs. | ) | **FOR A SUMMONS** |
|  | ) |  |
| ROSE MARIE MENO | ) |  |
| a/k/a ROSE FEGURGUR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

IT IS HEREBY ORDERED that the Clerk of Court issue a summons for the above-named defendant to appear before this Honorable Court.

DATED this _11th_ day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**RECEIVED**

AUG 1 0 2005

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**