AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

U.S. MARSHALS-GUAM RECEIVED 11 AUG 2005 14:00:01
U.S. MARSHALS-GUAM RECEIVED 11 AUG 2005 14:00:01
U.S. MARSHALS-GUAM RECEIVED 11 AUG 2005 14:00:01

UNITED STATES OF AMERICA
V.

**ROSE MARIE MENO aka ROSE FEGURGUR**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: MJ-05-00038

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time <br> Thursday, August 18, 2005 at 10:00 a.m. |

To answer a(n)

☐ Indictment  **X** Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 18102(b) & 18:7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL(BAC) - COUNT 1

16 GCA 18102(a) & 18:7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL - COUNT 2

9 GCA 37.30 & 18:7(3) & 13 - TRESPASSING - COUNT 3

18:701 - UNLAWFUL POSSESSION OF MILITARY ID - COUNT 4

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**August 11, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

Service was made by me on:[1]  Date  08/16/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:  U.S.P.O, D/Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  08/16/05
Date

J.L.G. Salas
Name of United States Marshal

Spec. DUSM W. Grey
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.