

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ROSE MARIE MENO**<br>**aka ROSE FEGURGUR,**<br><br>Defendant. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00038<br><br>O R D E R |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above entitled case *nunc pro tunc* to August 15, 2005.

Dated this 18th day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM