AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**ROSE MARIE MENO aka ROSE FEGURGUR**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: MJ-05-00038 |

**FILED**
DISTRICT COURT OF GUAM
OCT - 5 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>413 |
|---|---|
| | Date and Time<br>**Wednesday, October 5, 2005 at 3:00 p.m.** |

To answer a(n)
   ☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**October 4, 2005**
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 10/5/05 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10/5/05
           Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.