# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM

OCT - 6 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. MJ-05-00038**          **DATE: October 5, 2005**

********************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**       Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:12:22 - 3:17:27          CSO: L. Ogo

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: ROSE MARIE MENO aka ROSE FEGURGUR**   **ATTY : JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.       ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: STEVE CHIAPPETTA**          **AGENT:**

**U.S. PROBATION: ROBERT CARREON**          **U.S. MARSHAL: NONE PRESENT**

********************************************************************************

**PROCEEDINGS:**                **- CHANGE OF PLEA**
         **-INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE**
                  **CONDITIONS SHOULD NOT BE REVOKED**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED:     AGE: ___     SCHOOL COMPLETED: ____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED:   ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____          PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) TRIAL DATE: _____ at _____
PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*

## NOTES:

Defense stated that the defendant is not prepared to answer to the petition for the violation nor enter a change of plea.
He also stated that in light of the violation report there are pending cases in the Superior Court of Guam. Defense
moved for a continuance of the trial date to the first week of November and stated his reasons. Government had no
objections to the motion.
Accordingly, the Court concurred with defense counsel and stated that the Ends of Justice would require and
necessitate a continuance to look into new allegations and violations provided by probation. Trial is continued to
November 1, 2005 at 10:00 a.m. The Court also stated that based on the reports by probation, the defendant is
remanded into custody. No objections stated by counsel.

Courtroom Deputy: _____