DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**



**FILED**
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00038**          **DATE: November 1, 2005**
*********************************************************************

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:07:01 - 10:13:07     CSO: B. Pereda
*************************** A P P E A R A N C E S ***************************

**DEFT** Rose Marie Meno aka Rose Fegurgur     **ATTY** Jaqueline Terlaje for Joaquin C. Arriola, Jr.
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** STEVE CHIAPPETTA     **AGENT:**

**U.S. PROBATION:** GRACE FLORES & JUDY OCAMPO     **U.S. MARSHAL:** V. ROMAN

*********************************************************************

**DAY NO. 1 OF TRIAL**

( ) JURY TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE  ___ Plaintiff  ___ Defendant
( ) WITNESSES SWORN AND EXAMINED     ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___ Plaintiff  ___ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO: _____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT _____  ( ) JURY RETURNS VERDICT AT: _____
( ) JURY VERDICT: _____
( ) JURY POLLED  ( ) POLLING WAIVED  ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

Government informed the Court that they intended to go forward with a change of plea this morning. The Court stated that it received the plea agreement, however, had concerns regarding Count 3 of the Information.

The Court continued the matter to November 3, 2005 at 1:30 p.m. to further discuss the issue. Counsel may submit a brief on whether to include or omit Count 3 from the plea agreement. However, if parties agree that it should be omitted, then it is not necessary.

Proceedings were continued to November 3, 2005 at 1:30 p.m., for a possible change of plea.