DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00038**          **DATE: November 3, 2005**

*******************************************************************************

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:26:12 - 1:44:08                CSO: B. Pereda

*************************** A P P E A R A N C E S ***************************

**DEFT** Rose Marie Meno aka Rose Fegurgur          **ATTY** Jaqueline Terlaje for Joaquin C. Arriola, Jr.
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.       ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA                     AGENT:

U.S. PROBATION: MARIA CRUZ                          U.S. MARSHAL: V. ROMAN

*******************************************************************************

### JURY TRIAL

( ) JURY TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE  ___ Plaintiff  ___ Defendant
( ) WITNESSES SWORN AND EXAMINED           ( ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___Plaintiff ___Defendant
( ) TRIAL/DELIBERATION CONTINUED TO:_____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____     ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court stated that it was still reluctant to accept the plea of the defendant in CR-05-00079, and stated its reasons.

Parties agreed that there are problems with the proposed plea agreement and requested for a short continuance to resolve the issues. The Court continued the matter to November 8, 2005 at 10:00 a.m.