ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -8 2005
MARY L.M. MORAN
CLERK OF COURT

rosemenostp

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROSARIO RAMONA PANGELINAN MENO, <br> aka ROSE MARIE MENO, <br> aka ROSE FEGURGUR, <br><br> Defendant. | MAGISTRATE CASE NO. CR 05-00038 <br><br> STIPULATED MOTION TO CONTINUE TRIAL DATE |

The parties in the above entitled matter, the United States of America, and the defendant through her counsel, Joaquin Arriola, Jr., hereby motion this Court that the Trial date currently scheduled for Tuesday, November 8, 2005 at 10:00 a.m. be continued until Wednesday, November 9, 2005 at 2:00 p.m.

This continuance is requested as the parties anticipate a plea agreement in Criminal Case 05-00079 which incorporates the charges in this case.

//
//
//

It is further agreed that the defendant hereby waives any and all speedy trial issues in this matter with regard to continuing the trial date.

Respectfully submitted.

11/8/05
DATE

*(signature)*
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11-8-05
DATE

By: *(signature)* for SC
STEVE CHIAPPETTA
Special Assistant U.S. Attorney