rosemenostp2

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 8 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00038 |
| Plaintiff, | ) |
| vs. | ) ORDER TO CONTINUE |
| | ) TRIAL DATE |
| ROSARIO RAMONA | ) |
| PANGELINAN MENO, | ) |
| aka ROSE MARIE MENO, | ) |
| aka ROSE FEGURGUR, | ) |
| Defendant. | ) |

Through a stipulated motion to continue the trial date having come before this Honorable

Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the trial currently scheduled for November 8, 2005 is hereby

rescheduled for November 9, 2005 at 2:00 p.m.

DATE: November 8, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL