DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00038**  **DATE: 11/9/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 2:03:03 - 2:48:47**  CSO: B. Benavente

**APPEARANCES**

DEFT: Rosario Ramona Pangelinan Meno, etc.  ATTY: Jacqueline Terlaje appearing on behalf of Joaquin C. Arriola, Jr.

(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.  (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA  AGENT:

U.S. PROBATION: CARMEN O'MALLAN  U.S. MARSHAL: V. ROMAN / W. GRAY

## JURY TRIAL

( ) JURY TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( ) WITNESSES SWORN AND EXAMINED      ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___ Plaintiff ___ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO:_____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____   ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

(X) OTHER MATTER(s):

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge in Criminal Case No. 05-00079. The Court executed the Report and Recommendation Concerning Pleas of Guilty. The Court released the defendant pursuant to the release conditions recommended by the pretrial service office.

Government stated that this case will be dismissed upon sentencing in Case No. CR-05-00079. The Court set sentencing in Case No. CR-05-00079 for February 17, 2006 at 10:00 A.M.