rosemenodismiss

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO, aka ROSE FEGURGUR,<br><br>　　　　Defendant. | MAGISTRATE CASE NO. 05-00038<br><br>**MOTION TO DISMISS INFORMATION** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, ROSARIO RAMONA PANGELINAN MENO aka ROSE MARIE MENO, aka ROSE FEGURGUR, be dismissed, for the reason that the defendant has been charged through an Amended Information on November 8, 2005 under Criminal Case No. 05-00079, which said Information has incorporated the criminal acts described in this case.

Respectfully submitted this 10th day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney