LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00038 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | re: November 10, 2005 |
| ) | United States' Motion to Dismiss |
| ROSARIO RAMONA PANGELINAN ) | Information |
| MENO, aka ROSE MARIE MENO, aka ) | |
| ROSE FEGURGUR, ) | |
| Defendant. ) | |

The United States' Motion to Dismiss Information, as to defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO aka ROSE FEGURGUR, filed on November 10, 2005, is hereby granted.

IT IS SO ORDERED this 14 day of November 2005.

ROBERT CLIVE JONES*
District Judge

* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.

ORIGINAL

Case 1:05-mj-00038   Document 23   Filed 11/16/2005   Page 1 of 1