# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Rose Marie Meno aka Rose Fegurgur,<br><br>    Defendant. | Case No. 1:05-mj-00038<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher filed July 18, 2006*, on the dates indicated below:

*Joaquin C. Arriola, Jr.*
*July 19, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher filed July 18, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 19, 2006             /s/ Leilani R. Toves Hernandez
                            Deputy Clerk